UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* ANTHONY MILLS, M.D.,<br>Plaintiff,<br>v.<br>STEPHEN SAMUEL and GOOD HEALTH, INC. d/b/a PREMIER PHARMACY SERVICES,<br>Defendants. | Case No. 2:20-cv-02538-MEMF-MAR<br>**ORDER GRANTING STIPULATION AND CONSENT TO DISMISSAL (Dkt. No. 171)**<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

On September 22, 2026, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator Anthony Mills, M.D. ("Relator") and Defendants Stephen Samuel and Good Health, Inc. d/b/a Premier Pharmacy Services ("Defendants") filed a joint Stipulation and Consent to Dismissal (Dkt. No. 171).

The Court, having considered the parties' joint Stipulation and Consent to Dismissal, and with the consent of the United States and the State of California, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. As to Relator, the operative complaint and claims asserted therein are dismissed with prejudice, including any claim for attorneys' fees and expenses under 31 U.S.C. § 3730(d)(2); and

2. All claims asserted against Defendants in the Third Amended Complaint are dismissed without prejudice as to the United States and the State of California.

IT IS SO ORDERED.

Dated: September 23, 2026

BY THE COURT:

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge